(Post. 4/4/12)

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

## NOTICE

United States of America

V.  Case No.: 4:19CR00572-06 KGB

Garrett Joseph Hardin

TYPE OF CASE:
☐ CIVIL   ☒ CRIMINAL

☒ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse | 4C |
| 500 W Capitol Avenue | DATE AND TIME |
| Little Rock AR 72201 | 11/25/2019 at 9:30 a.m. |

TYPE OF PROCEEDING

**JURY TRIAL before the Honorable Kristine G. Baker, U.S. District Judge.**

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

JAMES W. McCORMACK, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

F. Dunn
(BY) DEPUTY CLERK